# United States Court of Appeals
## For the First Circuit

No. 20-1913

FLAVIO ANDRADE-PRADO, JR.,

Petitioner,

v.

MERRICK B. GARLAND,

United States Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on April 4, 2023, is amended as follows:

On page 6, line 11,  remove the "not" between "was" and "valid"

On page 14, line 23, replace the first comma with a semi-colon

On page 17, line 20, underline "See"

On page 21, line 12, replace the comma with a semi-colon